FRANKENBERRY, J.

v.

FERGUSON, T., et al.

105 CD 2017

Commonwealth Court of Pennsylvania.

07/12/2017

Centre County Civil Division, 2016–1867

Affirmed

PEREZ, J.

v.

STEDMAN, C.

394 CD 2017

Commonwealth Court of Pennsylvania.

07/12/2017

Lancaster County Civil Division, CI–16–10854

Affirmed

CO. OF ALLEGHENY

v.

ALLEGH CO. PRISON EMP. INDEP. UNION

744 CD 2016

Commonwealth Court of Pennsylvania.

07/13/2017

Allegheny County Civil Division, GD 15–3208

Affirmed

ERDLEN, R.

v.

LINCOLN INTERMEDIATE UNIT NO. 12

1435 CD 2016

Commonwealth Court of Pennsylvania.

07/13/2017

Education Department, TTA No. 04–15

Affirmed

